# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Right to Life, et al., | Civ. No. 25-2476 (JWB/DTS) |
| Plaintiff, | |
| v. | |
| Faris Rashid, et al., | **ORDER OF RECUSAL** |
| Defendant. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses in this matter.

Date: June 16, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge