UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA RIGHT TO LIFE and MINNESOTA GUN RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>FARIS RASHID; CAROL FLYNN; STEPHEN SWANSON; GEORGE SOULE; DAVID ASP; JEFF SIGURDSON; MEGAN ENGELHARDT; JOHN CHOI; KATHRYN M. KEENA; and MARY MORIARTY;<br><br>Defendants. | Case No. 25-CV-2476 (NEB/DTS)<br><br><br><br>STIPULATED ORDER |

After a June 26, 2025 telephone conference with counsel, the parties reached an agreement on a standstill in this case and filed a proposed order for an agreed-upon briefing schedule for Plaintiffs' motion for preliminary injunction.[1] (ECF No. 33.) The Court having reviewed and approved the proposed briefing schedule, IT IS HEREBY ORDERED that:

1. Defendants shall file a response to Plaintiffs' motion for a preliminary injunction (ECF No. 7) by July 18, 2025;

---

[1] The motion is styled as an *ex parte* temporary restraining order and emergency preliminary injunction. (*See* ECF No. 7.) Because the Court would like briefing on this motion from Defendants, the motion has been converted to a motion for preliminary injunction.

2. Plaintiffs shall reply to Defendants' response by August 1, 2025;

3. The Court will hear Plaintiffs' motion for preliminary injunction on August 22, 2025, at 9:00 a.m. in courtroom 13W of the Minneapolis Federal Courthouse;

4. Defendants and their officers, agents, servants, and employees shall not enforce the requirements of Minnesota Statutes Section 10A.04, subdivision 6 against Plaintiffs, and no penalties shall accrue against Plaintiffs, while Plaintiffs' motion for a preliminary injunction remains pending before this Court; and

5. Defendants need not answer or respond to Plaintiffs' complaint until 21 days after the Court decides the motion for preliminary injunction.

Dated: July 9, 2025

BY THE COURT:
s/Nancy E. Brasel
---
Nancy E. Brasel
United States District Judge