# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA RIGHT TO LIFE and MINNESOTA GUN RIGHTS, <br><br> Plaintiffs, | Case No: 25-cv-02476 (NEB/DTS) <br><br> **SUPPLEMENTAL DECLARATION OF BENJAMIN DORR** |
| v. | |
| FARIS RASHID, in his official capacity as Chair of the Minnesota Campaign Finance and Public Disclosure Board, *et al.*, <br><br> Defendants. | |

I, Benjamin Dorr, declare the following pursuant to 28 U.S.C. § 1746:

1. I am the Executive Director of Minnesota Right to Life (MNRTL) and Minnesota Gun Rights (MGR). I have served in that role for MNRTL since 2020, and I have served in that role for MGR since 2019. Before that, I was the Political Director for MGR from 2016–2019. I am responsible for filing the organizations' lobbying and principal reports in Minnesota.

2. As my prior declaration states, I am aware that Minnesota law now requires MGR and MNRTL to disclose the name and address of any vendor we pay for certain costs related to grassroots advocacy if those costs exceed $2,000. I am also aware that Minnesota amended this law in 2023 to take effect for grassroots advocacy during 2024. But I did not learn about this change until 2025 when I attempted to file the 2024 report for MGR and MNRTL.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2025.

*/s/ Benjamin Dorr*

Benjamin Dorr