# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA RIGHT TO LIFE and MINNESOTA GUN RIGHTS,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>FARIS RASHID, in his official capacity as Chair of the Minnesota Campaign Finance and Public Disclosure Board, *et al.*,<br><br>　　Defendants. | Case No: 25-cv-02476 (NEB/DTS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　Plaintiffs voluntarily dismiss the following defendants without prejudice under Rule 41(a)(1)(A)(i):

- Defendant John Choi, in his official capacity as the Ramsey County Attorney;

- Defendant Kathryn M. Keena, in her official capacity as the Dakota County Attorney; and

- Defendant Mary Moriarty, in her official capacity as the Hennepin County Attorney.

All existing claims against the other defendants remain unchanged.

Dated: September 26, 2025

Respectfully submitted,

/s/ Brett R. Nolan
Brett R. Nolan*
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW, Suite 801
Washington, D.C. 20036
(202) 301-3300
bnolan@ifs.org

*admitted pro hac vice

Lee U. McGrath (MN #0341502)
1300 Yale Place
Minneapolis, MN 55403-2163
(612) 963-0296
leeumcgrath@outlook.com

*Counsel for Plaintiffs*