**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MINNESOTA RIGHT TO LIFE and MINNESOTA GUN RIGHTS,

Plaintiffs,

v.

FARIS RASHID, in his official capacity as Chair of the Minnesota Campaign Finance and Public Disclosure Board, *et al.*,

Defendants.

Case No: 25-cv-02476 (NEB/DTS)

**MOTION TO DISMISS AND FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION**

The parties jointly move for an order of dismissal and for entry of a consent judgment and permanent injunction. The parties have come to an agreement settling all claims, including the claims for fees and costs. That settlement is contingent upon entry of the contemporaneously filed consent judgment and permanent injunction. In support of this motion, the parties rely on the separately submitted memorandum of law.

Dated November 9, 2026

Respectfully submitted by,

/s/ Brett R. Nolan
Brett R. Nolan*
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave. NW
Suite 801
Washington, D.C. 20036
(202) 301-3300
bnolan@ifs.org
*admitted pro hac vice*

Lee U. McGrath (MN #0341502)
1300 Yale Place
Minneapolis, MN 55403-2163
(612) 963-0296
leeumcgrath@outlook.com

*Counsel for Plaintiffs*

KEITH ELLISON
State of Minnesota
Attorney General

/s/ Madeleine DeMeules (w/ permission)
Nathan J. Hartshorn (MN #0320602)
Allen Cook Barr (MN #0399094)
Madeleine DeMeules (MN #0402648)
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1487
nathan.harshorn@ag.state.mn.us
allen.barr@ag.state.mn.us
madeleine.demeules@ag.state.mn.us

*Counsel for Campaign Finance and Public Disclosure Board Defendants*